UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CORTEVIOUS TORREZ CREWS

CASE NO. 8:24-cr-309-MSS-AAS
18 U.S.C. § 922(g)(1)
(Possession of a Firearm
and Ammunition by
a Convicted Felon)

### SUPERSEDING INDICTMENT

The Grand Jury charges:

MAR 27 2025 AM 9:04
FILED - USDC - FLMD - TPA

### COUNT ONE
### (Possession of a Firearm and Ammunition by a Convicted Felon)

On or about May 3, 2024, in the Middle District of Florida, the defendant,

CORTEVIOUS TORREZ CREWS,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including the following offenses committed on occasions different from one another:

1. Tampering with a Witness, on or about May 13, 2019, and committed on or about September 20, 2015;

2. Delivery of Cocaine and Possession of Cocaine, on or about November 18, 2010, and committed on or about January 22, 2010;

3. Delivery of Cocaine and Possession of Cocaine, on or about November 18, 2010, and committed on or about February 23, 2010;

4. Delivery of Cocaine and Possession of Cocaine, on or about November 18, 2010, and committed on or about March 8, 2010

did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, that is, HS Produkt (Springfield Armory) model XDM-40 .40 caliber pistol and Hornaday ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(e).

## **FORFEITURE**

1.  The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.  Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3.  The property to be forfeited includes, but is not limited to, the following: HS Produkt (Springfield Armory) model XDM-40 .40 caliber pistol (serial number MG281450) and sixteen rounds of Hornaday ammunition.

4.  If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,



Foreperson

SARA C. SWEENEY
Acting United States Attorney

By: _____
Michael R. Kenneth
Assistant United States Attorney

By: _____
FOR:
Diego F. Novaes
Assistant United States Attorney
Deputy Chief, Violent Crimes
and Racketeering Section

3

FORM OBD-34
March 25

No. 8:24-cr-309-MSS-AAS

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

CORTEVIOUS TORREZ CREWS

INDICTMENT

Violation: 18 U.S.C. § 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 26th day
of March 2025

_____
Clerk

Bail $_____

GPO 863 525