
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:24-cr-309-MSS-AAS

CORTEVIOUS TORREZ CREWS

### SPECIAL FINDING ON COUNT ONE

You must find whether the government has proved that prior to May 3, 2024, the defendant, CORTEVIOUS TORREZ CREWS, had three prior convictions for conduct committed on three different occasions as alleged in the superseding indictment.

Has the government proved that prior to May 3, 2024, the defendant, CORTEVIOUS TORREZ CREWS, had three previous convictions for delivery of cocaine committed on occasions different from one another?

\_\_\_\_\_ YES

__X__ NO

SO SAY WE ALL, this _21_ day of May, 2025.



FOREPERSON